JAMES DOLAN, Respondent, *v.* THE BROOKLYN, FLATBUSH AND CONEY ISLAND RAILWAY COMPANY, Appellant.

(Argued February 3, 1888; decided February 28, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made at the February term, 1885, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*William C. De Witt* for appellant.

*John A. Carney* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.